## PUBLIC CONTRACTS—BIDS.

[Hamilton Circuit Court.]

STATE EX REL. COAL & COKE CO. v. BOARD, OF EDUCATION.

RIGHT TO REJECT ALL BIDS UNDER ADVERTISEMENT.

If, when the board of education of Cincinnati, when advertising for bids for school supplies, thereby reserve the right " to reject any and all bids," a bidder whose bid is rejected has no right to the contract.

APPLICATION for an alternative writ of mandamus.

C. W. Baker, and Bromwell & Bruce, for relator.

C. B. Matthews, contra.

SMITH, J.

Without expressing any opinion now, on the question whether the board of education was required to advertise for bids for the 5,000 tons of coal, and to further proceed in regard thereto, under the provisions of Sec. 3988, Rev. Stat., or whether a contract as proposed with Mr. Black, under his bid, would be legal, we hold that an alternative writ of mandamus should not be allowed in this case, for the reason that, by the advertisement made for bids, the right was reserved to the board "to reject any and all bids," and that in fact it did reject the bid of the relator, and he has no right to the contract. If an advertisement was necessary, the statute gives the board such right. If it is not required, it had the right to make such stipulations as it chose. In this, the case differs from those decided in Beaver v. Trustees, 19 Ohio St., 97, and American Clock Co. v. Licking Co., 31 Ohio St., 415, in which the statutes under which the proceedings was had, required the contract to be made with the lowest bidder.

Writ refused.